APPEAL OF HERON METAL BED CO.

Docket No. 3236.     Submitted June 18, 1925.     Decided July 11, 1925.

*John S. Fletcher, Esq.*, for the taxpayer.
*R. P. Smith, Esq.*, for the Commissioner.

Before Sternhagen, Lansdon, and Love.

The taxpayer appeals from a determination of a deficiency in income and profits tax of $4,140 for the calendar year 1919, resulting from the disallowance of a deduction for salary of its president.

### FINDINGS OF FACT.

During the calendar year 1919 the taxpayer paid its president a salary of $9,000. The president performed substantial service during that year, the directors considered that such services were worth $9,000 in that year, and by a resolution duly adopted such salary was authorized. The Commissioner disallowed the deduction. The salary was reasonable.

### DECISION.

The deficiency determined by the Commissioner is disallowed.